| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mohamed Mohamed**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3956<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Amy Chan**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6716<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17−29231−MBK | | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mohamed Mohamed                    Amy Chan
                                   aka Amy Y Chan

5/14/21                            **By the court:** Michael B. Kaplan
                                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Mohamed Mohamed  
Amy Chan  
    Debtors

Case No. 17-29231-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 14, 2021      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mohamed Mohamed, Amy Chan, 252 Mountain Avenue, Plainfield, NJ 07060-4409 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517204182 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517080628 | + | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 518158147 | + | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518158148 | + | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096 ATTN: Bankruptcy Dept |
| 518180148 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C.O. RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517080633 | + | Overlook Medical Center, 99 Beauvoir Avenue, Summit, NJ 07901-3595 |
| 517080634 | + | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 517201391 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517080618 | + | Email/Text: mreed@affcollections.com | May 14 2021 21:24:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517238121 | | EDI: BECKLEE.COM | May 15 2021 00:33:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517080619 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | American Signature/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517080620 | + | EDI: AMEREXPR.COM | May 15 2021 00:33:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517080621 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | Banana Republic/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517080622 | + | EDI: BANKAMER.COM | May 15 2021 00:33:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517080623 | + | EDI: TSYS2.COM | May 15 2021 00:33:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517080624 | + | EDI: CAPITALONE.COM | May 15 2021 00:33:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517080626 | + | EDI: CITICORP.COM | May 15 2021 00:33:00 | Citibank, Citicorp Cr Srvs/Centralized |

Case 17-29231-MBK    Doc 53    Filed 05/16/21    Entered 05/17/21 00:15:39    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517080627 | + | EDI: CITICORP.COM | May 15 2021 00:33:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517217909 | | EDI: Q3G.COM | May 15 2021 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517102406 | | EDI: DISCOVER.COM | May 15 2021 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 517080629 | + | EDI: DISCOVER.COM | May 15 2021 00:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517080630 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | Gap/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517080625 | | EDI: JPMORGANCHASE | May 15 2021 00:33:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517080631 | + | EDI: CITICORP.COM | May 15 2021 00:33:00 | Macys/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 518457261 | + | EDI: AISMIDFIRST | May 15 2021 00:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518457260 | + | EDI: AISMIDFIRST | May 15 2021 00:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517080632 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | Old Navy/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 517237807 | | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517197663 | | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 517281044 | | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517274887 | | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517080635 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517282820 | | EDI: Q3G.COM | May 15 2021 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517080636 | + | EDI: CITICORP.COM | May 15 2021 00:33:00 | Sears/Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517082654 | + | EDI: RMSC.COM | May 15 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517080637 | + | EDI: CITICORP.COM | May 15 2021 00:33:00 | The Home Depot/Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517185951 | + | EDI: AIS.COM | May 15 2021 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr Cooper ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Alexandra T. Garcia | on behalf of Creditor Pacific Union Financial LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com informationathnk@aol.com |
| Marguerite Mounier-Wells | on behalf of Joint Debtor Amy Chan nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marguerite Mounier-Wells | on behalf of Debtor Mohamed Mohamed nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Melissa S DiCerbo | on behalf of Creditor Pacific Union Financial LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Amy Chan fitz2law@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Mohamed Mohamed fitz2law@gmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13