Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17–29231–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mohamed Mohamed
252 Mountain Avenue
Plainfield, NJ 07060

Amy Chan
aka Amy Y Chan
252 Mountain Avenue
Plainfield, NJ 07060

Social Security No.:
  xxx–xx–3956

  xxx–xx–6716

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 14, 2021
        Michael B. Kaplan
        Judge, United States Bankruptcy Court